**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVIN COPPEDGE, MAX THERIAULT, and ESTEBAN CUESTA individually and as a representative of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ATHLETIC MEDIA COMPANY and THE NEW YORK TIMES COMPANY,<br><br>Defendants. | Case No. 1:24-cv-12312-JEK |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION**

The defendants, The Athletic Media Company and The New York Times Company (together, "Defendants"), by and through undersigned counsel, hereby move to compel arbitration under the Federal Arbitration Act, 9 U.S.C. §1 *et seq*. this putative class action filed by plaintiffs Davin Coppedge, Max Theriault, and Esteban Cuesta. Defendants also respectfully request that this Court stay this case pending arbitration and administratively close the matter.

As grounds for this motion, Defendants submit the accompanying memorandum of law and the declarations of Corey Floyd and Kristen Rodriguez. For the reasons set forth in the memorandum, Defendants respectfully request that this Court grant its motion, compel arbitration, stay this case pending arbitration, administratively close the matter, and provide any further relief as justice requires.

Respectfully submitted,

Dated: May 2, 2025

THE NEW YORK TIMES COMPANY AND THE ATHLETIC MEDIA COMPANY

By its Attorneys,

/s/ *Tony K. Lu*

Tony K. Lu (BBO# 678791)
DENTONS US LLP
101 Federal Street
Suite 1900
Boston, Massachusetts 02110
Telephone: (617) 235-6817
Facsimile: (617) 235-6899
Email: tony.lu@dentons.com

Kristen C. Rodriguez (*pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: kristen.rodriguez@dentons.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties attempted in good faith to resolve or narrow the scope of this motion. Plaintiff opposes this motion.

/s/ *Tony K. Lu*

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*