**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVIN COPPEDGE, MAX THERIAULT, and ESTEBAN CUESTA individually and as a representative of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ATHLETIC MEDIA COMPANY and THE NEW YORK TIMES COMPANY,<br><br>Defendants. | Case No. 1:24-cv-12312-JEK |

**DECLARATION OF KRISTEN C. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

I, Kristen C. Rodriguez, declare:

1. I am an attorney at the law firm of Dentons US LLP, counsel of record for The Athletic Media Company ("The Athletic") in the above-captioned action. I am a member in good standing of the state bars of New York, Illinois, as well as the District of Columbia, and I am admitted to practice *pro hac vice* before this Court. I make this Declaration in support of The Athletic's concurrently-filed Motion to Compel Arbitration. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest to the following JAMS Streamlined and Comprehensive Arbitration Rules being true and accurate as of April 18, 2025, when the below links were accessed and the text was excerpted from the JAMS website at https://www.jamsadr.com/.

3. I am informed and believe the JAMS Streamlined and Comprehensive Arbitration Rules are the copyrighted property of JAMS.

4. The JAMS Streamlined Arbitration Rules effective June 1, 2021 (the "2021 JAMS Streamlined Rules") may be accessed at https://www.jamsadr.com/rules-streamlined-arbitration/, and directly downloaded at https://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_streamlined_arbitration_rules-2021.pdf. A true and accurate copy of the 2021 JAMS Streamlined Rules is attached hereto as **Exhibit 1**.

5. The JAMS Streamlined Arbitration Rules in effect from July 1, 2014 to May 31, 2021 (the "2014 JAMS Streamlined Rules"), may be accessed at https://www.jamsadr.com/rules-archive/, and directly downloaded at https://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_streamlined_arbitration_rules-2014.pdf. A true and accurate copy of the 2014 JAMS Streamlined Rules is attached hereto as **Exhibit 2**.

6. The JAMS Comprehensive Arbitration Rules in effect from July 1, 2014 to May 31, 2021 (the "2014 JAMS Comprehensive Rules"), may be accessed at https://www.jamsadr.com/rules-archive/ and directly downloaded at https://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_Comprehensive_Arbitration_Rules-2014.pdf. A true and accurate copy of the 2014 JAMS Comprehensive Rules is attached hereto as **Exhibit 3**.

7. The 2014 JAMS Comprehensive Arbitration Rules allow the parties utilizing them to "elect to use" the "Optional Expedited Procedures" contained therein. *See* Ex. 3 at PDF page 6. 2014 JAMS Comprehensive Rules 16.1 and 16.2 set forth the "Expedited Procedures." *Id.* at PDF pages 20-23.

8. I attest that Rule 8(b) of the 2021 JAMS Streamlined Rules and the 2014 JAMS Streamlined Rules, and Rule 11(b) of the 2014 JAMS Comprehensive Rules all provide:

> Jurisdictional and arbitrability disputes, including disputes over the formation, existence, validity, interpretation or scope of the agreement under which Arbitration is sought, and who are proper Parties to the Arbitration, shall be submitted to and ruled on by the Arbitrator. The Arbitrator has the authority to determine jurisdiction and arbitrability issues as a preliminary matter.

*See* Ex. 1 at 7; Ex. 2 at 12; Ex. 3 at PDF pages 15-16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 2, 2025 at Shavertown, Pennsylvania.

/s/ Kristen C. Rodriguez

Kristen C. Rodriguez

US_ACTIVE\130255770